# United States of America
### United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 5,179,832** | Syndiko's Investments LLC (DELAWARE LIMITED LIABILITY COMPANY)<br>27 Ann Street |
| **Registered Apr. 11, 2017** | Pittsburgh, PA 15223 |
| **Int. Cl.: 35** | CLASS 35: Marketing services |
| **Service Mark** | FIRST USE 1-1-2016; IN COMMERCE 3-1-2016 |
| **Principal Register** | The mark consists of a stylized flag with 11 stripes. The canton, or upper left corner of the flag, includes a stylized marijuana leaf. To the right of the flag is the stacked wording "COMPASSIONATE" and "CERTIFICATION CENTERS". |

No claim is made to the exclusive right to use the following apart from the mark as shown: "CERTIFICATION CENTERS"

SER. NO. 87-090,167, FILED 06-30-2016
PAULA M MAHONEY, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office