# CANNABIS CARE CERTIFICATION CENTER

